518 A.2d 806

**Walter L. DRUMHELLER, et al., Petitioners,**

v.

**David MARCELLO.**

Supreme Court of Pennsylvania.

Dec. 17, 1986.

32

Petition for Allowance of Appeal GRANTED, No. 62 M.D. Appeal Docket 1986.